# United States Bankruptcy Court
## District of Delaware

In re: __KDC Agribusiness, LLC et al.__, )
                   Debtor )

__George L. Miller, not individually, but as__
__Chapter 7 Trustee of KDC Agribusiness LLC, et al.,__ , )
                   Plaintiff )

                   v. )

__Final Form LLC__, )
                 Defendant

Case No.: __23-10786__

Chapter: __7__

Adv. Proc. No.: __25-51000__

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 N. Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Daniel N. Brogan
> Benesch, Friedlander, Coplan & Aronoff LLP
> 1313 N. Market St., Suite 1201, Wilmington, DE 19801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address
> 824 N. Market Street, 3rd Floor
> Wilmington, DE 19801
>
> Room 7
>
> Date and Time
> August 18, 2025, 10:00 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

Date: __July 31, 2025__

/s/ Stephen L. Grant
*Clerk of the Bankruptcy Court*